```
1  DEBRA W. YANG
   United States Attorney
2  JACQUELINE CHOOLJIAN
   Assistant United States Attorney
3  Chief, Criminal Division
   ELENA J. DUARTE
4  Assistant United States Attorney
   (Cal. State Bar #168817)
5       1500 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-8611
7       Facsimile: (213) 894-8601

8  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
```

FILED
CLERK, U.S. DISTRICT COURT
APR - 7 2003
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 02-350(A)-AHM |
| Plaintiff, ) | |
| ) | |
| v. ) | [JOINT PROPOSED] AMENDED ORDER RE: |
| ) | DETERMINATION OF DEFENDANT'S |
| STEVEN WILLIAM SUTCLIFFE, ) | COMPETENCY AND TRANSFER TO FMC- |
| ) | DEVENS (18 U.S.C. § 4241(d)) |
| Defendant. ) | |

On March 14, 2003, the parties appeared for a competency hearing pursuant to 18 U.S.C. § 4241(a). At the hearing, the Court considered the "Forensic Evaluation" report submitted by MDC/LA, heard the testimony of Dr. Rushton Backer, observed defendant's behavior in court, and heard and considered arguments and advice of counsel for the United States and the defendant. On April 1, 2003, the Court received the Forensic Evaluation Addendum prepared by Dr. Backer, and the Court has read and considered this Addendum as well as the balance of the entire record of this case.

Based on the foregoing, the Court finds the following by a preponderance of the evidence:

ENTER ON ICMS
APR 8 2003

cc: USMO, PSA

1      Defendant Steven William Sutcliffe is presently suffering
2 from a mental disease or defect rendering him mentally
3 incompetent to the extent that he is unable to understand the
4 nature and consequences of the proceedings against him or to
5 assist properly in his defense.
6      IT IS HEREBY ORDERED, based on this finding, that pursuant
7 to 18 U.S.C. § 4241(d), defendant Steven William Sutcliffe is
8 hereby committed into the custody of the Attorney General of the
9 United States, to be transported forthwith to FMC Devens,
10 Massachusetts, address: P.O. Box 880, Devens, Massachusetts,
11 01432; telephone (978) 796-1412; fax (978) 796-1364.  Pursuant to
12 18 U.S.C. § 4241(d)(1), defendant shall remain at FMC Devens for
13 a reasonable period of time, but not to exceed four months, for
14 the purpose of determining whether there is a substantial
15 probability that in the foreseeable future defendant will attain
16 the capacity to permit the trial to proceed.
17      IT IS FURTHER ORDERED THAT defendant shall arrive at and be
18 admitted into FMC Devens not later than April 7, 2003, and shall
19 leave FMC Devens not later than August 7, 2003, to begin his
20 transport back to MDC/LA.  In the event that prior to August 7,
21 2003, the Psychology Services staff at FMC Devens makes the
22 required determination as to whether there is a substantial
23 probability that in the foreseeable future defendant will attain
24 that capacity to permit the trial to proceed, pursuant to 18
25 U.S.C. § 4241(d)(1), the staff shall lodge their report at that
26 time with the Court, as well as mail copies of the report to
27 counsel for defendant and the Assistant United States Attorney
28 assigned to this case.  In any event, the report shall be lodged

1  and mailed not later than August 18, 2003.

2      Sutcliffe shall be returned to MDC/LA by not later than
3  August 18, 2003, to attend the status hearing re: defendant's
4  competency which is now **RESET** from August 6, 2003, to August 25,
5  2003. The trial date shall remain September 9, 2003, at 8:00
6  a.m. as previously set. Time is excluded from calculation under
7  the Speedy Trial Act, 18 U.S.C. § 3161 et seq., for the reasons
8  already set forth in this Court's previous Order.

9      IT IS SO ORDERED.

12  DATED: April 7, 2003

        HONORABLE A. HOWARD MATZ
        United States District Judge

3

CERTIFICATE OF SERVICE

I, YOLANDA AGUAYO, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of the United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and I am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of United States District Court for the Central District of California, at whose discretion I served a copy of: [JOINT PROPOSED] AMENDED ORDER RE: DETERMINATION OF DEFENDANT'S COMPETENCY AND TRANSFER TO FMC-DEVENS (18 U.S.C. § 4241(d))

service was:

[ ] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[X] Placed in a seal envelope for collection and mailing via United States Mail, addressed as follows:

[ ] By hand delivery addressed as follows:

[ ] By facsimile as follows:

[ ] By messenger as follows:

[ ] By federal express as follows:

**GREGORY NICHOLAYSEN, ESQ.**
16000 Ventura Boulevard
Suite 500
Encino, California 91436

This Certificate is executed on April 4, 2003, Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

*Yolanda Aguayo*
YOLANDA AGUAYO