UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

Priority  Send ✓  Enter ___  Closed ___  JS-5/JS-6 ___  JS-2/JS-3 ___  Scan Only ___

Case No: <u>CR02-350(A)-AHM</u>   Date and Filed: <u>November 25, 2003</u>

**PRESENT: HONORABLE A. HOWARD MATZ, JUDGE**

<u>Cynthia Salyer</u>   <u>Karen Pinn</u>   <u>Elena Duarte</u>
Deputy Clerk   Court Reporter   Asst. U. S. Attorney

INTERPRETER: <u>N/A</u>

| USA v. (DEFENDANT(S) PRESENT): | ATTORNEYS PRESENT FOR DEFENDANT(S): |
|---|---|
| 1) <u>Steven William Sutcliffe, pro se</u><br>  X  custody ___ bond ___ O/R | (1) <u>David R. Reed, Stand-By Counsel</u><br>  X  appointed ___ retained |

___ DAY <u>COURT TRIAL</u>   <u>8th</u> DAY <u>JURY TRIAL</u>

___ The Jury is impaneled & sworn

___ Opening statements made by _____

 X  **Witnesses called, sworn and testified.**   X  **Exhibits identified.**   X  **Exhibits admitted.**

 X  **Government rests.**   ___ Defendant(s) _____ rest.

___ Motion for mistrial by _____ is ___ granted ___ denied ___ submitted.

 X  **Motions for judgment of acquittal (FRCrP 29)** ___ **granted**  X  **denied** ___ **submitted.**

___ Closing arguments made.   ___ Court instructs jury.   ___ Bailiff/Matron sworn.

___ Alternates excused.   ___ Jury retires to deliberate.   ___ Jury resumes deliberations.

___ FINDING BY COURT AS FOLLOWS:   ___ FILED JURY VERDICT AS FOLLOWS:

Dft #1: ___ Guilty on count(s) _____ ___ Not Guilty on count(s) _____
Dft #2: ___ Guilty on count(s) _____ ___ Not Guilty on count(s) _____
Dft #3: ___ Guilty on count(s) _____ ___ Not Guilty on count(s) _____

ENTER ON ICMS
NOV 26 2003

___ Jury polled. ___ Polling waived. ___ Filed Jury notes. ___ Filed Jury Instructions

___ Dft #___ Referred to P/O for I/R & cont to _____ for sentencing.

___ Dft #_____ remanded to custody. ___ Dft #_____ released from custody.
___ Remand/Release #_____ issd. ___ Bond exonerated as to dft #_____
 X  **Case continued for further trial to November 26, 2003 at 8:00 a.m. for counsel and 8:30 a.m. for jurors.**
___ Other: _____

MINUTES FORM 6
CRIM - GEN

304
Initials of Deputy Clerk _____