UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES-GENERAL 

Case No: <u>CR02-350(A)-AHM</u>          Date and Filed: <u>December 2, 2003</u>

---

**PRESENT:  HONORABLE A. HOWARD MATZ, JUDGE**

| <u>Stephen Montes</u> | <u>Karen Pinn</u> | <u>Elena Duarte</u> |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U. S. Attorney |

INTERPRETER: <u>N/A</u>

| USA v. (DEFENDANT(S) PRESENT): | ATTORNEYS PRESENT FOR DEFENDANT(S): |
|---|---|
| 1) <u>Steven William Sutcliffe, pro se</u><br>   <u>X</u> custody   __ bond   __ O/R | (1)    <u>David R. Reed, Stand-By Counsel</u><br>       <u>X</u> appointed __ retained |

__ DAY <u>COURT TRIAL</u>    **<u>10th</u> DAY JURY TRIAL**

__ The Jury is impaneled & sworn              Priority ✓
                                                                       Send
__ Opening statements made by _____          Enter __
                                                                         Closed __

<u>X</u> Witnesses called and testified. __ Exhibits identified. <u>X</u> Exhibit admitted.     JS-5/JS-6 __
                                                                             JS-2/JS-3 __
__ Government rests. __ Defendant(s) _____ rest.                 Scan Only __

__ Motion for mistrial by <u>defendant</u> is __ granted __ denied __ submitted.

__ Motion for judgment of acquittal (FRCrP 29) __ granted __ denied __ submitted.

__ Closing arguments made.      __ Court instructs jury. __ Bailiff/Matron sworn.

__ Alternates excused.           __ Jury retires to deliberate.     __ Jury resumes deliberations.

__ FINDING BY COURT AS FOLLOWS:      __ FILED JURY VERDICT AS FOLLOWS:

Dft #1: __ Guilty on count(s) _____ __ Not Guilty on count(s) _____
Dft #2: __ Guilty on count(s) _____ __ Not Guilty on count(s) _____
Dft #3: __ Guilty on count(s) _____ __ Not Guilty on count(s) _____

---

__ Jury polled. __ Polling waived. __ Filed Jury notes. __ Filed Jury Instructions

[STAMP: ENTER ON ICMS   DEC 3 2003]

---

__ Dft # __ Referred to P/O for I/R & cont to _____ for sentencing.

__ Dft # _____ remanded to custody. __ Dft # _____ released from custody.
__ Remand/Release # _____ issd. __ Bond exonerated as to dft # _____
<u>X</u> Case continued for further trial to December 3, 2003 at 8:00 a.m. for counsel and 8:30 a.m. for jurors.
<u>X</u> Other: <u>Court, *pro se* defendant, and counsel confer regarding jury instructions. Court orders *pro se*</u>
    <u>defendant's proposed jury instructions and affidavit be filed by attaching them hereto.</u>

319

MINUTES FORM 6
CRIM - GEN                                                                            Initials of Deputy Clerk _____

# Affidavit

Dec. 2, 2003

RECEIVED DEC 2 - 2003 CHAMBERS OF JUDGE A. HOWARD MATZ

I, Steven Sutcliffe, hereby declare under penalty of parjury the following:

I have requested the government to turn over all Brady material to me. I have reviewed most, if not all, Bates pages. I have failed to find any mention of a subpoena, issued by F.B.I. agent Cugno, to yahoo.com between the dates of Feb. 5, 2002 and Feb. 8, 2002. The defense needs a copy of this subpoena, issued for the e-mail address gary_winnick2002@yahoo.com for preparation of the cross-examination of the agents prior sworn statements. It is both relevent and exculpatory as the accused believes the agent lied about issuing this subpoena wherein he claimed he obtained an IP address, which lead him to issue another subpoena to AT&T on Feb. 8, 2002. The only mention in discovery turned over to the accused listing a subpoena to yahoo.com for information on the e-mail address gary_winnick2002@yahoo.com is during March 2002, well after the agent testified he had located the location of the accused. For the above reasons the accused requests and respectfully demands the government be ordered to provide a copy of this subpoena issued on or after Feb 5, 2002 and prior to Feb. 9, 2002.

Steven Sutcliffe

DEFENDANT'S JURY INSTRUCTION NO.. _____

**IN ORDER TO CONVICT UNDER THE THREAT CHARGES ALLEGED, YOU MUST FIND THAT THE STATEMENTS WERE AN EXPRESSION OF AN INTENTION TO INFLICT INJURY OF SUCH A NATURE AS COULD REASONABLY INDUCE FEAR; THAT THEY WERE MADE KNOWINGLY AND WILLFULLY WITH THE APPARENT DETERMINATION TO CARRY THEM INTO EXECUTION.**

*United States v. Kelner*, 534 F.2d 1020 (2nd Cir. 1976); *Roy v. United States*, 416 F.2d 874 (9th Cir. 1969); *Lovell v. Poway United School District*, 90 F.3d 367 (9th Cir. 1966, citing to *United States v. Kelner*, at p. 372)

DEFENDANT'S JURY INSTRUCTION NO._____

FACTORS A JURY MAY CONSIDER WHEN DETERMINING WHETHER A STATEMENT CONSTITUTES A TRUE THREAT OR WHETHER IT IS PROTECTED SPEECH UNDER THE FIRST AMENDMENT INCLUDE

(1)  THE REACTION OF THE RECIPIENT OF THE ALLEGED THREAT AND OF OTHER LISTENERS;

(2)  WHETHER THE ALLEGED THREAT WAS UNCONDITIONAL;

(3)  WHETHER AN OBJECTIVELY REASONABLE RECIPIENT WOULD VIEW THE MESSAGE AS A THREAT;

(4)  WHETHER THE THREAT WAS COMMUNICATED DIRECTLY TO ITS INTENDED RECIPIENT;

(5)  WHETHER THE MAKER OF THE ALLEGED THREAT HAD MADE SIMILAR STATEMENTS TO THE RECIPIENT IN THE PAST;

(6)  WHETHER THE VICTIM HAD REASON TO BELIEVE THAT THE MAKER OF THE ALLEGED THREAT HAD A PROPENSITY TO ENGAGE IN VIOLENCE; AND

(7)  WHETHER THE RECIPIENT OF THE ALLEGED THREAT COULD REASONABLY CONCLUDE THAT IT EXPRESSED A DETERMINATION OR INTENT TO HURT PRESENTLY OR IN THE FUTURE.

*Doe Ex Rel Doe v Pulaski Co. Special School*, 263 F.3d 833 (8th Cir. 2001); *Lovell v. Poway United School Dist.*, 90 F.3d 367, 371 (9th Cir. 1966); *United States v Orozco-Santillan*, 903 F.2d 1262, 1265 (9th Cir. 1990)

1  DEFENDANT'S JURY INSTRUCTION NO. _____

**THE DETERMINATION AS TO WHETHER ANY STATEMENT CONSTITUTES A THREAT IS TO BE MADE FROM THE OBJECTIVE SPEAKER TEST: THAT IS WHETHER A TRUE THREAT WAS MADE TURNS UPON WHETHER A REASONABLE PERSON IN THE SPEAKER'S SHOES IN THE SAME CIRCUMSTANCES AND CONTEXT SHOULD HAVE FORESEEN THAT HIS WORDS WOULD BE INTERPRETED AS A SERIOUS EXPRESSION OF THE INTENT TO HARM BY THE INTENDED RECIPIENT. ALLEGED THREATS SHOULD BE CONSIDERED IN LIGHT OF THEIR ENTIRE FACTUAL CONTEXT INCLUDING THE SURROUNDING EVENTS AND REACTION OF LISTENERS.**

*Lowell v Poway Unified School Dist.*, 90 F.3d 367, 373 (9th Cir. 1966); *United States v. Orozco-Sullivan*, 903 F.2d 1262 (9th Cir. 1990); *United States v. Gilbert*, 884 F.2d 454, 457 (9th Cir. 19889) cert den. 493 U.S. 1082, 110 S.Ct. 1140, 107 L.Ed.2d 1044 (1990); *United States v Mitchell*, 812 F.2d 1260, 1255 (9th Cir. 1987) **accord** *United States v. Kelner*, 534 F.2d 1020 (2nd Cir.);, cert den 429 U.S. 1022, 97 S.Ct. 639, 50 L.Ed.2d 623 (1976); *Colombia/Willamett v. American Coal of Life Activists*, 23 F.Supp.2d 1182, 1191 (D.Or. 1998); *Roy v. United States, 416 F.2d 874 (9th Cir. 1969); United States v. Merrill, 746 F.2d 458 (9th Cir. 1984); United States v. Gilbert (Gilbert II)*, 884 F.2d 454, 457-458