```
                    UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA
                      CRIMINAL MINUTES - GENERAL
```

Case No: CR 02-350(A)-AHM            Date and Filed: February 24, 2004

====================================================================

PRESENT: **HONORABLE A. HOWARD MATZ, U. S. DISTRICT JUDGE**

| Stephen Montes | Not Reported | Elena J. Duarte |
|---|---|---|
| Deputy Clerk | Court Reporter | **Not Present** |
| | | Asst. U.S. Attorney |

INTERPRETER: N/A

====================================================================

U.S.A. v. Defendant **NOT PRESENT**         Attorneys for Defendant **NOT PRESENT**

1) Steven William Sutcliffe                 1) David R. Reed

   X  custody ___ bond ___ O/R                X  apptd ___ retnd

---

**PROCEEDINGS:** (IN CHAMBERS)

The Court has received by mail and caused to be filed the attached Notice of Amended Statement Regarding Objection to Government Seeking Defendants Letters from His Wife. The Government need not respond to it. To the extent it is, or is meant to be, a motion, it is DENIED.

IT IS SO ORDERED.

Priority Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

ENTER ON ICMS
FEB 26 2004

MINUTES FORM 6                              Initials of Deputy Clerk
CRIM - GEN

1  Steven-William: Sutcliffe
   02837-049
2  Metropolitan Detention Center
   P.O. Box 1500
3  Los Angeles, California
   90053-1500
4  Forced In Pro Se

FILED
CLERK, U.S. DISTRICT COURT
FEB 2 4 2004
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

United States District Court
Central District of California

| People of the United States | ) | Case Number: CR-02-350-AHM |
| Plantiffs. | ) | NOTICE OF AMENDED |
| | ) | STATEMENT REGARDING |
| -vs- | ) | OBJECTION TO GOVERNMENT |
| | ) | SEEKING DEFENDANTS LETTERS |
| | ) | FROM HIS WIFE |
| Steven-William: Sutcliffe | ) | Date: N/A |
| Accused. | ) | Time: N/A |
| | ) | Dept: 14 |

Accused, proceeding Sui Juris, does hereby move this court on the following motion and prays this honorable court to grant this motion. ~~Accused includes the following Points and Authorities in support of the~~ motion.

On, or about 02.11.2004, the defendant filed and mailed to the court a Motion and Declaration. The defendant has received additional information and includes it herein to amend his previous motion. (Attached Amended Declaration of defendant)

Dated: 02.19.2004

Steven Sutcliffe

## Declaration

I, Steven Sutcliffe, do hereby file this amended declaration and declare under penalty of perjury.

Tonight I personally spoke with my wife of seven years. During our conversation my wife explained that F.B.I. Jeffry Cugno was the one who had contacted her, not Elena Duarte of the government. I amend my previous declaration, to enjoin F.B.I. Agent Cugno from contacting my wife seeking any documents or requests for information contained therein.

Dated: 02.19.2004

*Steven Sutcliffe*
Steven Sutcliffe

Proof of Service

I, Steven Sutcliffe, swear under penalty of perjury I did deposit and mail one original and one copy of the following:

    Notice of Amended Statement Regarding Objection

    to the following address:

ton. Judge A. Howard Matz
Attn: Clerk of Court
U.S. District Courthouse
312 N. Spring Street G-8
Los Angeles, CA 90012

ON 02:19:2004

Dated: 02:19:2004

*Steven Sutcliffe*
Steven Sutcliffe