UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES - GENERAL

Case No: CR 02-350(A)-AHM        Date and Filed: March 19, 2004
================================================================

PRESENT:  **HONORABLE A. HOWARD MATZ, U. S. DISTRICT JUDGE**

| Stephen Montes | Not Reported | Elena J. Duarte |
|---|---|---|
| Deputy Clerk | Court Reporter | **Not Present** |
| | | Asst. U.S. Attorney |

INTERPRETER:  ___N/A___
================================================================

U.S.A. v. Defendant **NOT PRESENT**         Attorneys for Defendant **NOT PRESENT**

1) _Steven William Sutcliffe, pro se_    1) _David R. Reed_
                                            Standby counsel
   _X_ custody  ___ bond  ___ O/R       _X_ apptd  ___ retnd

---

**PROCEEDINGS:  (IN CHAMBERS)**

  The Court is disappointed and astonished by the intemperate tone and utterly unprofessional content of Gregory Nicolaysen's "Response . . . to Letter Sent . . . By Sarah L. Ritts." The document contains irrelevant and inappropriate accusations and innuendo about her work on other cases and for other clients. It indulges in pop-psychological speculation. And it does not even address the specifics of Ms. Ritts's statements concerning Mr. Nicolaysen's former representation of defendant. The Court ORDERS Mr. Nicolaysen to serve Ms. Ritts with a copy of his "Response . . . to Letter Sent . . . By Sarah L. Ritts" so that at the very least she will have the opportunity to respond to it or take whatever action she deems appropriate.

  Although Mr. David Reed's response is not unprofessional and does specifically address Ms. Ritts's statements concerning him, it is regrettable that he included paragraph 5, even though his language is carefully calibrated. In fairness to Ms. Ritts, Mr. Reed, too, is ORDERED to provide her with a copy.

  The letter from Ms. Ritts may or may not have a bearing on the issues attendant to the upcoming sentence, but that is its only potential relevance. Accordingly, the Court will not allow these three submissions to lead to any kind of inquiry concerning Ms. Ritts's relationship with defendant or (for that matter) with Messrs. Reed and Nicolaysen. However, consistent with the Court's undeviating efforts to assure that *pro se* defendant Sutcliffe is fully informed of all filings and developments in this case, the Court also ORDERS both Mr. Nicolaysen and Mr. Reed to serve copies of their responses on Mr. Sutcliffe.

        IT IS SO ORDERED.

ENTERED CI ICMS
MAR 2 2 2004

Priority      ___
Send          ✓
Enter         ___
Closed        ___
JS-5/JS-6     ___
JS-2/JS-3     ___
Scan Only     ___

Initials of Deputy Clerk _____

CRIM - GEN