# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

| | |
|---|---|
| Case No. CR 02-350(A) AHM | Date February 16, 2006 |

Present: The Honorable **A. HOWARD MATZ**

Interpreter _____

| Stephen Montes | Not reported | Not present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Steven Sutcliffe | | x | | Not Present | | | |

**Proceedings:** (IN CHAMBERS)

Defendant has not responded to the "Government's Additional Filing Re: Items it Claims the Right to Withhold from Defendant," which was filed on January 31, 2006. The Court authorizes the Government to retain those items enumerated in Defendant's Exhibit B to the return of which it objected and directs the Government to return the remaining items - - namely, items 39, 45, 46, 48, 50 and 52. As to the items described in Section 3A, which were seized from the Defendant, the Court authorizes the Government to retain those. As to the items described in Section 3C, the Government shall return those to Defendant.

The Government shall file an "Additional Notice of Returned Items" after it has returned the items specified in this Order.

The Court ORDERS the parties to cooperate fully with each other about the return of any still-withheld items if and when the conviction is upheld on appeal. Further or renewed motion practice will not be favorably received.

This ruling resolves the Defendant's motion and there will be no further hearing.

ENTER ON CMS
FEB 17 2006

Initials of Deputy Clerk _____