UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

FEB 27 2008

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>STEVEN WILLIAM SUTCLIFFE,<br><br>Defendant - Appellant. | No. 04-50189<br>D.C. No. CR-02-00350-AHM<br><br>**JUDGMENT** |

RECEIVED
CLERK, U.S. DISTRICT COURT
MAR - 3 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Appeal from the United States District Court for the Central District of California, Los Angeles.

This cause came on to be heard on the Transcript of the Record from the United States District Court for the Central District of California, Los Angeles and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 10/11/07

